No. 87–1921.　WINSLOW ET UX. *v.* WILLIAMS ET AL., *ante*, p. 820;

No. 87–1961.　TOWN OF HUNTINGTON, NEW YORK, ET AL. *v.* HUNTINGTON BRANCH, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ET AL., *ante*, p. 15;

No. 87–2128.　CHAIRES *v.* UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL., *ante*, p. 829;

No. 87–6947.　MINER *v.* NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, *ante*, p. 941;

No. 87–7189.　WOHLFORD ET UX. *v.* UNITED STATES DEPARTMENT OF AGRICULTURE ET AL., *ante*, p. 941;

No. 87–7284.　MARTIN *v.* MORRIS, *ante*, p. 924;

No. 88–296.　SHOSTAK *v.* FEDERAL ENERGY REGULATORY COMMISSION, *ante*, p. 942;

No. 88–418.　SHANKS ET AL. *v.* ESTES PARK BANK, *ante*, p. 927;

No. 88–445.　BROAD ET UX. *v.* CONWAY ET AL., *ante*, p. 927;

No. 88–474.　NEVILLE *v.* MOLLEN, PRESIDING JUSTICE, APPELLATE DIVISION, SUPREME COURT OF NEW YORK, SECOND JUDICIAL DEPARTMENT, ET AL., *ante*, p. 943;

No. 88–5252.　TURNER *v.* UNITED STATES POSTAL SERVICE, *ante*, p. 969;

No. 88–5347.　PATILLO *v.* GEORGIA, *ante*, p. 948;

No. 88–5400.　IN RE RADVAN-ZIEMNOWICZ, *ante*, p. 923;

No. 88–5439.　IKENI *v.* CALIFORNIA SUPERIOR COURT OF FRESNO COUNTY ET AL., *ante*, p. 920;

No. 88–5446.　COLE *v.* MISSISSIPPI, *ante*, p. 934;

No. 88–5451.　THOMPSON *v.* SOUTHEASTERN TOYOTA DISTRIBUTORS, INC., ET AL., *ante*, p. 931;

No. 88–5452.　MAY *v.* WARNER AMEX CABLE COMMUNICATIONS, *ante*, p. 931;

No. 88–5461.　CAMPBELL *v.* KINCHELOE, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, *ante*, p. 948;

No. 88–5462.　KRISHNAN *v.* DEPARTMENT OF THE AIR FORCE, *ante*, p. 957;

No. 88–5497.　FLEMING *v.* DEAK ET AL., *ante*, p. 945;

No. 88–5507.　BRADSHAW *v.* ZOOLOGICAL SOCIETY OF SAN DIEGO, *ante*, p. 945;

No. 88–5511.　BIGG *v.* OFFICE OF PERSONNEL MANAGEMENT, *ante*, p. 932;

No. 88–5549. MARTIN v. C. ITOH & CO. (AMERICA), INC., ET AL., *ante*, p. 951;

No. 88–5592. DRABICK v. DRABICK, *ante*, p. 958;

No. 88–5642. ROWE v. DEPARTMENT OF THE ARMY, *ante*, p. 951;

No. 88–5643. ROWE v. DEPARTMENT OF THE ARMY, *ante*, p. 951; and

No. 88–5677. MARTIN v. ZOOK ET AL., *ante*, p. 972. Petitions for rehearing denied.

No. 88–416. BENSON v. BEARB ET AL., *ante*, p. 926. Motion of petitioner to defer consideration of petition for rehearing denied. Petition for rehearing denied.

JANUARY 17, 1989

No. 87–1818. BADHAM ET AL. v. EU, SECRETARY OF STATE OF CALIFORNIA, ET AL. Affirmed on appeal from D. C. N. D. Cal. THE CHIEF JUSTICE, JUSTICE STEVENS, and JUSTICE KENNEDY would note probable jurisdiction and set case for oral argument.

No. 88–806. MERLINO ENTERPRISES, INC. v. THOMPSON, ADMINISTRATOR OF THE ESTATE OF SOUSA. Appeal from Sup. Ct. Conn. dismissed for want of substantial federal question. THE CHIEF JUSTICE would note probable jurisdiction and set case for oral argument.

No. 88–809. DAVIS ET UX. v. DeCHIARO LIMITED PARTNERSHIP ET AL. Appeal from Ct. Sp. App. Md. dismissed for want of jurisdiction.

No. 88–836. ASAM v. SHAPIRO ET AL. Appeal from C. A. 11th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–838. NIEVES v. MARINA GARDENS NO. 1, INC. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.